AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-3004

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
UNMC
Jeffrey Gold, Chancellor
UNMC 5001 Neb Med Ctr
Omaha NE 68198-6605

9590 9402 6923 1104 1661 06

2. Article Number *(Transfer from service label)*
7020 3160 0001 4117 4078

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X ☑ Agent ☐ Addressee
B. Received by (Printed Name): JEhrismann
C. Date of Delivery: 2-7-22
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type — 7.53
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

; or
_____, who is
; or
; or
☑ Other (specify): Certified Mail, Return Receipt Requested

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2.14.2022

*Server's signature*

Vince Powers, Attorney for Plaintiff
*Printed name and title*

411 South 13, #300
Lincoln NE 68508
*Server's address*

Additional information regarding attempted service, etc: