4:22-cv-03004-BCB-MDN Doc # 10 Filed: 02/03/22 Page 4 of 4 - Page ID # 33

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-3004

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Phil Bakken, Corp Sec
Board of Regents
University of Nebraska
3835 Holdrege
Lincoln NE 68583

9590 9402 6923 1104 1659 94

2. Article Number (Transfer from service label)

7020 3160 0001 4117 9585

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Nebraska-Lincoln
University Services
Mail & Distribution Services
1100 N. 17th St.
P.O. Box 880699
Lincoln, NE 68588-0699

3. Service Type 7.53

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

; or

...h *(name)*

...scretion who resides there,

...own address; or

, who is

; or

; or

☑ Other *(specify)*: Certified Mail, Return Receipt Requested

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-14-2022

*Server's signature*

Vince Powers, Attorney for Plaintiff

*Printed name and title*

411 South 13, Suite 300
Lincoln NE 68508

*Server's address*

Additional information regarding attempted service, etc: