# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NASHWA ABDULSALAM,**<br><br>       **Plaintiff,**<br><br>  vs.<br><br>**BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and UNIVERSITY OF NEBRASKA MEDICAL CENTER;**<br><br>       **Defendants.** | **4:22CV3004**<br><br>**SECOND AMENDED CASE PROGRESSION ORDER** |

This matter comes before the Court on the Unopposed Motion to Enlarge Deadlines (Filing No. 46).  After review of the parties' motion, the Court finds good cause to grant the requested extensions.  Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Enlarge Deadlines (Filing No. 46) is granted, and the amended case progression order is amended as follows:

1) The deadline for filing motions to exclude testimony on *Daubert* and related grounds remains **March 28, 2023**.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **May 1, 2023**.

3) The planning conference scheduled for March 24, 2023, is cancelled.  The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **May 3, 2023**, at **11:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deadline for filing motions to dismiss and motions for summary judgment is **June 23, 2023**.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 15ᵗʰ day of February, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge