IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NASHWA ABDULSALAM, | ) | CASE NO. 4:22-cv-3004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNOPPOSED MOTION TO |
| v. | ) | ENLARGE DEADLINE FOR |
| | ) | RESPONSE TO MOTION FOR |
| THE BOARD OF REGENTS OF | ) | JUDGMENT ON THE PLEADINGS |
| THE UNIVERSITY OF | ) | |
| NEBRASKA and THE | ) | |
| UNIVERSITY OF NEBRASKA | ) | |
| MEDICAL CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the Plaintiff and moves this Court to enlarge the response date to the Defendant's Motion for Judgment on the Pleadings by 21 days.

Plaintiff's response is due on April 20, 2023. Plaintiff requests this Court enlarge the answer date to May 11, 2023.

This motion is unopposed. Counsel has received written confirmation by counsel for Defendants that they do not oppose this Motion.

WHEREFORE Plaintiff requests this Motion be sustained.

NASHWA ABDULSALAM, Plaintiff

_____
Vincent M. Powers #15866
POWERS LAW
411 South 13th Street, #300

PO Box 84936
Lincoln, NE 68508-4936
402/474-8000

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the __11__ day of April, 2023, the above document was electronically filed using the ECF Filing System which sent notice of such filing to all counsel of record.

_____