IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NASHWA ABDULSALAM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and THE UNIVERSITY OF NEBRASKA MEDICAL CENTER,<br><br>　　　　　Defendants. | 4:22–CV–3004<br><br>**JUDGMENT** |

In accordance with the accompanying Memorandum and Order of this date,

IT IS ORDERED: Judgment is entered for the Board of Regents of the University of Nebraska and against Nashwa Abdulsalam.

Dated this 29th day of June, 2023.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　United States District Judge

1